**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of California
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Grail Semiconductor |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Grail Semiconductor, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 9 0 – 0 2 9 2 0 0 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7400 Tamiami Trail N. | 5150 Fair Oaks Blvd., #101-185 |
| Number    Street | Number    Street |
| Suite 101 | |
| | P.O. Box |
| Naples       FL    34108 | Carmichael     CA    95608 |
| City       State   ZIP Code | City       State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collier | 5176 Hillsdale Circle, Suite 100 |
| County | Number    Street |
| | |
| | El Dorado Hills    CA    95762 |
| | City       State   ZIP Code |

5. **Debtor's website (URL)**    N/A

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor   Grail Semiconductor
         _____
         Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _4_ _1_ _5_

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                               MM / DD / YYYY
        District _____  When _____  Case number _____
                               MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                              MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  Grail Semiconductor  
_____Name_____  Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                       Number      Street

_____
City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Grail Semiconductor | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/30/2015
MM / DD / YYYY

X _[signature]_  Richard L. Gilbert
Signature of authorized representative of debtor    Printed name

Title  Authorized Board Member

**18. Signature of attorney**

X _[signature]_    Date 12/30/2015
Signature of attorney for debtor       MM / DD / YYYY

Paul J. Pascuzzi
Printed name

Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Firm name

400 Capitol Mall, Suite 1750
Number  Street

Sacramento                          CA          95814
City                                State       ZIP Code

(916) 329-7400                      ppascuzzi@ffwplaw.com
Contact phone                       Email address

148810                              CA
Bar number                          State

RESOLUTION OF THE BOARD OF DIRECTORS
OF GRAIL SEMICONDUCTOR

The undersigned, representing all of the members of the Board of Directors (the "Board") of Grail Semiconductor (the "Corporation"), hereby adopt and approve the following resolutions passed at the Board meeting on December 23, 2015:

WHEREAS, it is in the best interests of the Corporation to file a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

BE IT THEREFORE RESOLVED, that this Corporation file a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California;

BE IT FURTHER RESOLVED, that Richard L. Gilbert, Board Member, be and hereby is authorized to prepare the necessary Petition and by his single signature execute all necessary documents, including Schedule of Assets and Liabilities, and Statement of Financial Affairs and bind the Corporation thereby in the Chapter 11 case as the responsible officer of the Corporation.

BE IT FURTHER RESOLVED, that pursuant to the contract dated December 15, 2015 (the "Contract"), the Chief Resolution Officer is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation and take any and all actions and execute any and all documents deemed necessary or desirable to carry out and perform all acts and deeds in connection with the Corporation's bankruptcy case in accordance with the Contract.

BE IT FURTHER RESOLVED, that the Corporation shall engage the services of Felderstein Fitzgerald Willoughby & Pascuzzi LLP, and the firm is hereby retained to act on behalf of the Corporation in connection with such proceeding.

IN WITNESS WHEREOF, the undersigned have executed this consent as of December 29, 2015.

_____
Director Richard L. Gilbert

ABSTAINED

_____
Director Donald S. Stern

_____
Director Robert B. Stern

RESOLUTION OF THE BOARD OF DIRECTORS
OF GRAIL SEMICONDUCTOR

The undersigned, representing all of the members of the Board of Directors (the "Board") of Grail Semiconductor (the "Corporation"), hereby adopt and approve the following resolutions passed at the Board meeting on December 23, 2015:

WHEREAS, it is in the best interests of the Corporation to file a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

BE IT THEREFORE RESOLVED, that this Corporation file a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California;

BE IT FURTHER RESOLVED, that Richard L. Gilbert, Board Member, be and hereby is authorized to prepare the necessary Petition and by his single signature execute all necessary documents, including Schedule of Assets and Liabilities, and Statement of Financial Affairs and bind the Corporation thereby in the Chapter 11 case as the responsible officer of the Corporation.

BE IT FURTHER RESOLVED, that pursuant to the contract dated December 15, 2015 (the "Contract"), the Chief Resolution Officer is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation and take any and all actions and execute any and all documents deemed necessary or desirable to carry out and perform all acts and deeds in connection with the Corporation's bankruptcy case in accordance with the Contract.

BE IT FURTHER RESOLVED, that the Corporation shall engage the services of Felderstein Fitzgerald Willoughby & Pascuzzi LLP, and the firm is hereby retained to act on behalf of the Corporation in connection with such proceeding.

IN WITNESS WHEREOF, the undersigned have executed this consent as of December 25, 2015.

_____           ABSTAINED
Director Richard L. Gilbert
                                         _____
                                         Director Donald S. Stern
*[signature]*
Director Robert B. Stern

Fill in this information to identify the case:

Debtor name __Grail Semiconductor__

United States Bankruptcy Court for the: __Eastern__ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gerchen Keller Capital, LLC<br>353 North Clark Street, Suite 2700<br>Chicago, IL 60654 | Douglas G. Gruener<br>(312) 757-6084<br>dgg@gerchenkeller.com | Litigation funding | Contingent<br>Unliquidated<br>Disputed | | | Approx. $1,496,795.40 |
| 2 | Alain Champagne<br>70 Rue Dalhousie Bureau 500<br>Quebec G1K 7A6<br>CANADA | Jean-Francois Briere<br>(514) 787-1236<br>Jfbriere@brierelebeuf.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | At least $1,272,000.00 |
| 3 | Mitchell J. NewDelman<br>c/o Allan D. NewDelman<br>Allan D. NewDelman, P.C.<br>80 East Columbus Avenue<br>Phoenix, AZ 85012 | Allan D. NewDelman<br>(602) 264-4550<br>cprieur@adnlaw.net | Finder fee | Contingent<br>Unliquidated<br>Disputed | | | At least $1 million |
| 4 | Willis E. Higgins, Esq.<br>P.O. Box 720<br>55 High Street<br>Brownville, ME 04414 | Willis E. Higgins<br>(207) 965-2261<br>whiggins@roadrunner.com | Professional Services | Contingent<br>Unliquidated<br>Disputed | | | At least $600,000.00 |
| 5 | The Pearl Law Firm, P.A.<br>7400 Tamiami Trail N., Suite 101<br>Naples, FL 34108 | Robert J. Pearl<br>(239) 653-9330<br>robert@investorattorneys.com | Professional Services | Contingent<br>Unliquidated<br>Disputed | | | At least $219,287.71 |
| 6 | Dr. Frank B. Holze<br>c/o Allan D. NewDelman<br>Allan D. NewDelman, P.C.<br>80 East Columbus Avenue<br>Phoenix, AZ 85012 | Allan D. NewDelman<br>(602) 264-4550<br>cprieur@adnlaw.com | Finder fee | Contingent<br>Unliquidated<br>Disputed | | | At least $200,000.00 |
| 7 | Frank P. Bauder<br>8320 Summerset Drive<br>Anchorage, AK 99518 | Frank P. Bauder<br>(907) 350-9948<br>frank@frankbauder.com | Investment | Contingent<br>Unliquidated<br>Disputed | | | At least $200,000.00 |
| 8 | Shartsis Friese LLP<br>Attn: Zesara Chan<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111 | Zesara Chan<br>(415) 421-6500<br>ZChan@sflaw.com | Judgment Creditor | Contingent<br>Unliquidated<br>Disputed | | | Approx. $195,000.00 |

Debtor _____     Case number (*if known*)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Khosrow Benyamin<br>422 S. Bedford Drive<br>Beverly Hills, CA 90212 | Khosrow Benyamin<br>(310) 435-6161<br>kbenyamin1@yahoo.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | At least $178,000.00 |
| 10  Davis Wright Tremaine<br>Attn: Martin Fineman<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533 | Martin Fineman<br>(415) 276-6575<br>martinfineman@dwt.com | Professional Services | Contingent<br>Unliquidated<br>Disputed | | | Approx. $127,914.68 |
| 11  David Rothschild<br>Kiriyat Chabad 220/84<br>Safet 13410<br>ISRAEL | David Rothschild<br>rothschild770@gmail.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | Approx. $89,000.00 |
| 12  Bergeson LLP<br>Attn: Daniel Bergeson<br>2033 Gateway Place, Suite 300<br>San Jose, CA 95110 | Daniel Bergeson<br>(408) 291-6200<br>dbergeson@be-law.com | Professional Services | Contingent<br>Unliquidated<br>Disputed | | | Approx. $83,303.13 |
| 13  Edward J. Nixon<br>6050 Rockwell Ave. #SFS<br>Anchorage, AK 99502 | Edward J. Nixon | Director Fees | Contingent<br>Unliquidated<br>Disputed | | | At least $50,000.00 |
| 14  Irvin H. Stern, Jr. & Sybil B. Stern<br>3414 Briarcliff Circle<br>Lexington, KY 40502-3333 | Irvin H. Stern, Jr. | Loan | Contingent<br>Unliquidated<br>Disputed | | | At least $26,000.00 |
| 15  Aaron Wenger<br>333 W 86th St., #1003<br>New York, NY 10024 | Aaron Wegner<br>(212) 580-9023<br>aaronwegner123@gmail.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | At least $21,000.00 |
| 16  Danielle Leibowitz<br>949 Willowbrook Road<br>Staten Island, NY 10314 | Jonathan Leibowitz<br>(917) 714-6157<br>jslmsd@gmail.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | At least $20,000.00 |
| 17  Michael Dobbs-Higginson<br>10 Taman Serasi<br>#04-12 Botanic Garden Mansion<br>SINGAPORE 257721 | Michael Dobbs-Higginson | Loan | Contingent<br>Unliquidated<br>Disputed | | | At least $15,000.00 |
| 18  Wood LLP<br>333 Sacramento Street<br>San Francisco, CA 94111 | Robert Wood<br>(415) 834-1800<br>Wood@woodllp.com | Professional Services | Contingent<br>Unliquidated<br>Disputed | | | At least $11,356.48 |
| 19  Kamal & Shirley Benyamin<br>Textile City<br>748 East 8th Street<br>Los Angeles, CA 90021 | Kamal Benyamin<br>(213) 435-0585<br>textilecity.abc@gmail.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | Approx. $10,299.13 |
| 20  Rahmat & Lida Hanaei<br>Textile City<br>748 East 8th Street<br>Los Angeles, CA 90021 | Rahmat Hanaei<br>(213) 435-0585<br>textilecity.abc@gmail.com | Loan | Contingent<br>Unliquidated<br>Disputed | | | Approx. $10,299.13 |