KATHLEEN C. LYON, CSB #236224
ARONOWITZ SKIDMORE LYON
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305
Auburn, California 95603
Telephone: (530) 823-9736
Fax: (530) 823-5241
Email: klyon@asilaw.org
Attorneys for:
Richard L. Gilbert

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>GRAIL SEMICONDUCTOR | Case No.: 15-29890<br><br>**REQUEST FOR SPECIAL NOTICE**<br>Chapter 11 |

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, and 11 U.S.C. 102(1), 342, and 1109(b), the undersigned requests special notice of all matters which must be noticed to creditors, equity security holders, any creditor or other committee, and any other party in interest, whether sent by the Court, the Debtor, the Trustee or any other party, including, without limitation, orders and notices of any application, motion, petition, pleading, complaint or demand.

Notice is to be given to the following address:

Kathleen C. Lyon                         E-Mail: klyon@asilaw.org
ARONOWITZ SKIDMORE LYON                  Telephone: (530) 823-9736
200 Auburn Folsom Road, Suite 305        Facsimile:  (530) 823-5241
Auburn, CA  95603

Date: January 5, 2016                    ARONOWITZ SKIDMORE LYON
                                         A Professional Law Corporation


                                         By: /s/ Kathleen C. Lyon, Esq.
                                             Kathleen C. Lyon
                                             Attorneys for Richard L. Gilbert