# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Name, Address, Telephone Numbers and California State Bar Number (if applicable)<br>Mark M. Sharf, #140390<br>Merritt, Hagen & Sharf, LLP<br>5950 Canoga Ave, #400<br>Woodland Hills, CA 91367<br>818-992-1940 Fax: 818-992-3309<br>Attorney for: Mischcon De Reya New York, LLP | **REQUEST TO BE ADDED OR REMOVED FROM COURTESY ELECTRONIC NOTIFICATION** |
| In re: GRAIL SEMICONDUCTOR<br><br>Debtor(s). | Bankruptcy Case No.: 15-29890-0-11 |

*The following additional information is required when filing this form in an adversary proceeding.*

| | Adversary Proceeding No.: |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s). | |

To the Clerk of the U.S. Bankruptcy Court:

*[Mark the appropriate check box below.]*

[✓] **Request for Courtesy Electronic Notification.** I hereby request courtesy electronic notification of documents filed in the above-referenced case/proceeding. I understand that courtesy electronic notification will be delivered by the Court's Electronic Filing (e-Filing) system as a Notice of Electronic Filing (NEF), and that I must be a registered user of the Court's e-Filing system to be eligible to receive courtesy NEFs.

I further understand that this request **DOES NOT** impose any obligation on the Court, the debtors, or any other party in the case/proceeding to deliver by mail, telephone, facsimile, or other means of electronic transmission, courtesy copies of any orders, pleadings, or other documents entered on the docket in this case/proceeding.

[ ] **Request for Removal from Courtesy Electronic Notification.** I no longer wish to receive Notices of Electronic Filing (NEFs) for documents filed in the above-referenced case/proceeding and hereby request removal from courtesy electronic notification.

Dated: 1/27/2016

Signed: /s/ Mark M. Sharf
Printed Name: Mark M. Sharf

EDC 3-320 (Rev. 4/25/12)