# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Grail Semiconductor | **Case No :** | 15–29890 – D – 11 |
| | | **Date :** | 01/27/2016 |
| | | **Time :** | 10:00 |

**Matter :** Status Conference – [1] – Chapter 11 Voluntary Petition Non–Individual Missing Document(s): Summary of Assets and Liabilities; Schedule A/B – Real and Personal Property; Schedule D – Secured Creditors; Schedule E/F – Unsecured Claims; Schedule G – Executory Contracts; Schedule H – Codebtors; Statement of Financial Affairs; Statement Re: Corporate Debtor; List – Equity Security Holders; Attorney's Disclosure Stmt.; Document(s) due by 01/13/2016. (Fee Paid $1717.00) (eFilingID: 5700225)

| | | | |
|---|---|---|---|
| **Judge :** | Robert S. Bardwil | **Courtroom Deputy :** | Nancy Williams |
| **Department :** | D | **Reporter :** | Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
    Debtor(s) Attorney – Paul J. Pascuzzi
    Creditor's Attorney – Jaimie Dreher, Howard Nevins, Cristina Rubke (phone), Beth Gaschen (phone), Alan Newdelman (phone), Atty Neviele Reid (phone), Atty Mark Sharf (phone)
    U.S. Trustee's Attorney – Edmond Gee

STATUS CONFERENCE was :
Concluded by the court