B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
Eastern District of California

In re Grail Semiconductor,          Case No. 15-29890-D-11

Debtor                              Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF GRAIL SEMICONDUCTOR <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

This is the report as of 1/31/16 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Grail Semiconductor holds a substantial or controlling interest in the following entities:

| **Name of Entity** | **Interest of the Estate** | **Tab #** |
|---|---|---|
| Grail Semiconductor Limited | 100% Ownership | See attached |
|  |  |  |
|  |  |  |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                          2

Date: FEB. 1, 2016            _____
                              Signature of Authorized Individual

                              Michael F. Burkart
                              _____
                              Name of Authorized Individual
                              Chief Resolution Officer
                              for Grail Semiconductor
                              _____
                              Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

                              Signature(s) of Debtor(s) (Individual/Joint)

                              _____
                              Signature of Debtor

                              _____
                              Signature of Joint Debtor

Grail Semiconductor Limited

Exhibit A – Valuation Estimate

Grail Semiconductor Limited is a shell company registered in Hong Kong. It currently has de minimis value.

Exhibit B – Financial Statement

No financial statements exist for Grail Semiconductor Limited. It has approximately $3,500 in cash which was supplied by Grail Semiconductor. Grail Semiconductor also has supplied all money for Grail Semiconductor Limited's expenses.

Exhibit C – Description of Operations

Grail Semiconductor Limited was formed in March 2012 as a shell company registered in Hong Kong. Grail Semiconductor Limited does not have and has not had any operations.