PAUL J. PASCUZZI, State Bar No. 144810
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: ppascuzzi@ffwplaw.com
e-mail: jniemann@ffwplaw.com

Attorneys for Grail Semiconductor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

GRAIL SEMICONDUCTOR, a
California corporation,

Debtor-In-Possession.

CASE NO. 15-29890-D-11

**LIST OF EQUITY SECURITY HOLDERS**

The following is the list of the equity security holders of the debtor, including the last known address and number and kind of interests registered in the name of each holder.

| Registered name of equity security holder and last known address or place of business | Type of interest registered | Number of shares of Common Stock or other interest registered |
|---|---|---|
| Aaron Goldsmith<br>P.O. Box 917<br>Postville, IA 52165 | Common | 50,000 |
| Aaron Wenger<br>333 W 86th Street #1003<br>New York, NY 10024 | Common | 415,326 |
| Abba Brenenson<br>P.O. Box 564<br>Kafar Chabad  60840<br>ISRAEL | Common | 26,000 |
| Akiva Yaakov Fuld<br>Karmei Tzur 74/2 D.N.<br>Tzafon  90400<br>ISRAEL | Common | 2,000 |

LIST OF EQUITY SECURITY HOLDERS

| Registered name of equity security holder and last known address or place of business | Type of interest registered | Number of shares of Common Stock or other interest registered |
|---|---|---|
| Albert Malachi Rosenhaus<br>33 Picatinny Road<br>Morristown, NJ 07960 | Common | 10,000 |
| Avital Cohen<br>820 S. Holt Avenue<br>Los Angeles, CA 90035 | Common | 12,000 |
| Barya Schachter & Bonnie Buller<br>c/o Rabbi Zalman Schachter<br>1720 Lehigh Street<br>Boulder CO 80305 | Common | 9,000 |
| Betty J. E. Wells<br>P.O. Box 6075<br>Santa Barbara, CA 93160-6075 | Common | 50,000 |
| Bradley L. Haupt<br>7300 Johnston Road<br>Pleasanton, CA 94588 | Common | 15,000 |
| Brett McFarland<br>290 James Road<br>Arcata, CA 95521 | Common | 48,000 |
| Charles Neiss<br>1860 Flatbush Avenue<br>Brooklyn, NY 11210 | Common | 60,000 |
| Daniel Ruben<br>1860 Flatbush Avenue<br>Brooklyn, NY 11210 | Common | 10,000 |
| David Rothschild<br>Kiriyat Chabad 220/84<br>Safet 13410<br>ISRAEL | Common | 20,000 |
| Donald Stern<br>1700 N. First Street, #302<br>San Jose, CA 95131 | Common | 15,949,060 |
| Dr. BJ Adrezin<br>1908 S. Navajo<br>Palm Springs, CA 92264 | Common | 2,500 |
| Dr. Daphina Slonim<br>822 S. Holt Avenue.<br>Los Angeles, CA 90035 | Common | 12,000 |
| Dylan Gowen<br>c/o Sarafina Rom<br>1725 Ward Street #4<br>Berkeley, CA 94703 | Common | 5,000 |
| Eli Goldin<br>760 Montgomery Street, Apt. 2A<br>Brooklyn, NY 11213 | Common | 2,000 |
| Gershom Gale<br>24/12 Eli Tavine, Pisgat Ze'ev<br>Jerusalem 97781<br>ISRAEL | Common | 10,000 |

| Registered name of equity security holder and last known address or place of business | Type of interest registered | Number of shares of Common Stock or other interest registered |
|---|---|---|
| Harold Frechter<br>567 Cedarwood Drive<br>Cedarhurst, NY 11516 | Common | 28,000 |
| Henry S. J. Adams<br>1314 Marin Avenue<br>Albany, CA 94706 | Common | 3,650,000 |
| Howard Moskow<br>3315 NE 16th Street<br>Fort Lauderdale, FL 33304 | Common | 4,500 |
| Howard Muehlgay<br>1860 Flatbush Avenue<br>Brooklyn, NY 11210 | Common | 80,000 |
| Howard Tzvi Thaler<br>1398 Union Street<br>Brooklyn, NY 11213 | Common | 2,000 |
| Irmengard Meindl<br>1323 Hopkins Street<br>Berkeley, CA 94702 | Common | 15,000 |
| Jay David Roth<br>26 Jerome Park Drive<br>Dundas, Ontario L9H 6H2<br>CANADA | Common | 200,000 |
| Jay Frechter<br>3210 Avenue L<br>Brooklyn, NY 11210 | Common | 415,326 |
| Jonathan Leibowitz<br>949 Willowbrook Road<br>Staten Island, NY 10314 | Common | 11,000 |
| Joseph Kohler<br>1860 Flatbush Avenue<br>Brooklyn, NY 11210 | Common | 24,000 |
| Joyce Bleiman<br>4025 State Street #28<br>Santa Barbara, CA 93110 | Common | 16,000 |
| Karin Edwards<br>6401 Fairmont Avenue, #9<br>El Cerrito, CA 94530 | Common | 10,000 |
| Krintzman Family Trust<br>9595 Wilshire Blvd., Suite 900<br>Beverly Hills, CA 90212 | Common | 500,000 |
| Laura V. Salazar<br>1414 34th Avenue<br>Oakland, CA 94601 | Common | 5,000 |
| Levi & Rochel Orbach<br>58/11 Katznelbogen Har Nof<br>Jerusalem 95400<br>ISRAEL | Common | 2,000 |

| Registered name of equity security holder and last known address or place of business | Type of interest registered | Number of shares of Common Stock or other interest registered |
|---|---|---|
| Martin Douglas Fairbairn<br>2/F, Block 4, Rosary Villas 1-19<br>Lok Lam Road<br>Shantin, N.T.<br>HONG KONG | Common | 50,000 |
| Melvin Katz<br>Kiryat Chabad 220/50<br>P.O. Box 6113<br>Safed 13410<br>ISRAEL | Common | 50,000 |
| Michael Chaim Fein<br>c/o Leonard Fein<br>911 E. 18th St.<br>Brooklyn NY 11230-3104 | Common | 4,000 |
| Moshe & Sarah Morgenstern<br>122 Lake Valley Road<br>Morristown, NJ 07960-2814 | Common | 10,000 |
| Peretz Katz<br>P.O. Box 210<br>Kafar Chabad 60840<br>ISRAEL | Common | 26,000 |
| Rikah Weil-Siegel<br>888 Montgomery Street, E9<br>Brooklyn, NY 11213 | Common | 35,000 |
| Robert Apatow<br>c/o Moshe Mauda<br>44 Chofetz Chaim<br>Raanana<br>ISRAEL | Common | 90,000 |
| Robert Stern<br>1700 N. First Street #378<br>San Jose, CA 95131 | Common | 4,800,350 |
| Ryan Adam King<br>703 Verdemont Circle<br>Simi Valley, CA 93065 | Common | 41,000 |
| Shlomit Lahad<br>822 S. Holt Avenue<br>Los Angeles, CA 90035 | Common | 12,000 |
| The Living Culture Foundation<br>1314 Marin Avenue<br>Albany CA 94706 | Common | 4,000,000 |
| 1st Class Legal (IS) Limited<br>Oak House, Sitka Drive<br>Shrewsbury Business Park<br>Shrewsbury, Shropshire<br>SY2 6LG<br>UNITED KINGDOM | Series A | 3,000 |

| Registered name of equity security holder and last known address or place of business | Type of interest registered | Number of shares of Common Stock or other interest registered |
|---|---|---|
| Alain Champagne<br>1305-4950 Boulevard de l'Assomption<br>Montreal, QC, H1T 0A3<br>CANADA | Series A | 800,000 |
| Esther L. Davis<br>2746 College Avenue<br>Berkeley, CA 94705 | Series A | 232,000 |
| Henry S. J. Adams<br>1314 Marin Avenue<br>Albany, CA 94706 | Series A | 150,000 |
| Steve Fredman<br>22 Tunnel Road<br>Berkeley, CA 94705 | Series A | 36,000 |
| Tami Garson<br>65 Sweet Water Crescent<br>Richmond Hill, Ontario L4S 2B2<br>CANADA | Series A | 60,000 |
| Trade Zone<br>2150 Trade Zone Blvd #200<br>San Jose, CA 95131 | Series A | 68,000 |

*(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)*

## DECLARATION

I, Michael F. Burkart, am the Chief Resolution Officer of Grail Semiconductor the debtor herein, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders, consisting of 5 pages (including this declaration), and that it is true and correct to the best of my information and belief.

Dated: February 1, 2016

_____
Michael F. Burkart, CRO