| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Grail Semiconductor |
| United States Bankruptcy Court for the: | Eastern District of CA (State) |
| Case number (If known): | 15-29890-D-11 |

☒ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mitchell J. NewDelman c/o Allan D. NewDelman, Esq. Allan D. NewDelman, P.C. 80 East Columbus Avenue Phoenix, AZ 85012 | Allan D. NewDelman (602) 264-4550 cprieur@adnlaw.net | Finder Fee | disputed | | | $2,750,000.00 |
| 2 | Willis E. Higgins, Esq. 24 Brackett Street, #1 Portland, ME 04102 | Willis E. Higgins (207) 965-2261 whiggins@roadrunner.com | Professional Services | disputed | | | $1,650,000.00 |
| 3 | Alain Champagne 1305-4950 Boulevard de l'Assomption Montreal, QC, H1T 0A3 CANADA | Alain Champagne (514) 992-5994 achamp60@yahoo.com | Loan and director fee | disputed | | | $1,409,500.00 |
| 4 | The Pearl Law Firm, P.A. Attn: Robert J. Pearl, Esq. 7400 Tamiami Trail North, Suite 101 Naples, FL 34108 | Robert J. Pearl (239) 653-9330 robert@investorattorneys.com | Professional Services | disputed | | | $569,287.71 |
| 5 | Dr. Frank B. Holze c/o Allan D. NewDelman, Esq. Allan D. NewDelman, P.C. 80 East Columbus Avenue Phoenix, AZ 85012 | Allan D. NewDelman (602) 264-4550 cprieur@adnlaw.net | Finder Fee | disputed | | | $550,000.00 |
| 6 | Shartsis Friese LLP Attn: Lisa A. Jacobs, Esq. One Maritime Plaza, 18th Floor San Francisco, CA 94111 | Lisa A. Jacobs (415) 421-6500 LJacobs@sflaw.com | Settlement Agreement | disputed | | | $264,238.00 |
| 7 | Khosrow Benyamin 422 S Bedford Drive Beverly Hills, CA 90212 | Khosrow Benyamin (310) 435-6161 kbenyamin1@yahoo.com | Convertible promissory note | contingent, disputed | | | $206,484.61 |
| 8 | A. Terry Speizer c/o Speizer Family Farms 1141 Longview Avenue Pismo Beach, CA 93449 | Terry Speizer (805) 801-9463 | Settlement Agreement | disputed | | | $150,000.00 |

| Debtor | Grail Semiconductor | | Case number (if known) | 15-29890-D-11 | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mark A. Speizer  51 Roehampton Road  Hillsborough, CA 94010 | Mark Speizer  (650) 342-8779  spower4@sbcglobal.net | Settlement agreement | disputed | | | $150,000.00 |
| 10 | Edward J. Nixon  615 Denmark Drive, Apt. 204  Memphis, TN 38103 | Edward J. Nixon  (901) 832-8505  prezbear@aol.com | Convertible promissory note; director fee; and possible claim | contingent, unliquidated, disputed | | | At least $139,386.36 |
| 11 | Frank P. Bauder  8320 Summerset Drive  Anchorage, AK 99518 | Frank P. Bauder  (907) 350-9948  frank@frankbauder.com | Director fee and possible claim based on Grail Technology stock | contingent, unliquidated, disputed | | | At least $137,500.00 |
| 12 | Davis Wright Tremaine LLP  Attn: Martin Fineman, Esq.  505 Montgomery Street, Suite 800  San Francisco, CA 94111 | Martin Fineman  (415) 276-6575  martinfineman@dwt.com | Professional Services | disputed | | | $127,914.68 |
| 13 | David Rothschild  Kiriyat Chabad 220/84  Safet 13410  ISRAEL | David Rothschild  rothschild770@gmail.com | Convertible promissory note | contingent, disputed | | | $103,655.83 |
| 14 | Brian Gibeson  39 Stanton Avenue  Orinda, CA 94563 | Brian Gibeson  (925) 258-9177  briangibeson@gmail.com | Settlement agreement | disputed | | | $100,000.00 |
| 15 | Bergeson LLP  Attn: Daniel J. Bergeson, Esq.  2033 Gateway Place, Suite 300  San Jose, CA 95110 | Daniel Bergeson  (408) 291-6200  dbergeson@be-law.com | Professional services | disputed | | | $83,303.13 |
| 16 | Danielle Leibowitz  949 Willowbrook Road  Staten Island, NY 10314 | Jonathan Leibowitz  (917) 714-6157  Jslmsd@gmail.com | Convertible promissory note | contingent, disputed | | | $39,434.03 |
| 17 | Michael Dobbs-Higginson  10 Taman Serasi  #04-12 Botanic Garden Mansion  SINGAPORE 257721 | Michael Dobbs-Higginson | Convertible promissory note | contingent, disputed | | | $35,073.70 |
| 18 | Elizabeth Mize  P.O. Box 2009  Silverthorne, CO 80498 | Elizabeth Mize  (970) 485-0608  elizabethmize@live.com | Bonus | disputed | | | $25,000.00 |
| 19 | Jay Frechter  3210 Avenue L  Brooklyn, NY 11210 | Jay Frechter  (718) 377-5304  jay@yadomanagement.com | Convertible promissory note and possible claim for Grail Semiconductor stock | contingent, unliquidated, disputed | | | At least $21,638.32 |
| 20 | Aaron Wenger  333 W 86th Street #1003  New York City, NY 10024 | Aaron Wenger  (212) 580-9023  aaronwenger123@gmail.com | Convertible promissory note and possible claim for Grail Semiconductor stock | contingent. unliquidated, disputed | | | At least $21,638.32 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Grail Semiconductor

United States Bankruptcy Court for the: Eastern District of CA
(State)

Case number (if known): 15-29890-D-11

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ Amended *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/2/16
MM / DD / YYYY

X  *(signature)*

Signature of individual signing on behalf of debtor

Michael F. Burkart
Printed name

Chief Resolution Officer
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors