**Fill in this information to identify the case:**

Debtor name    Grail Semiconductor

United States Bankruptcy Court for the:   Eastern    District of   CA
                                                      (State)

Case number (if known):   15-29890-D-11

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ___/___/___ <br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| For prior year: | From ___/___/___ <br>MM / DD / YYYY | to ___/___/___ <br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| For the year before that: | From ___/___/___ <br>MM / DD / YYYY | to ___/___/___ <br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2015 <br>MM / DD / YYYY | to Filing date | See Attached | $ See Attached |
| For prior year: | From 01/01/2014 <br>MM / DD / YYYY | to 12/31/2014 <br>MM / DD / YYYY | See Attached | $ See Attached |
| For the year before that: | From 01/01/2013 <br>MM / DD / YYYY | to 12/31/2013 <br>MM / DD / YYYY | None | $ -0- |

Debtor   Grail Semiconductor
         _____
         Name

Case number (if known)   15-29890-D-11
                         _____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached<br>_____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached<br>_____<br>Insider's name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code<br><br>**Relationship to debtor** | _____<br><br>_____<br><br>_____ | $ _____ | _____<br><br>_____<br><br>_____ |
| 4.2. | _____<br>Insider's name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code<br><br>**Relationship to debtor** | | $ _____ | _____<br><br>_____<br><br>_____ |

---

Debtor    Grail Semiconductor
_____
Name

Case number (if known)    15-29890-D-11

---

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | _____ | _____ | $_____ |
| | Creditor's name | _____ | | |
| | Street | _____ | | |
| | City            State    ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | _____ | _____ | $_____ |
| Creditor's name | _____ | | |
| Street | | | |
| City            State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attached | _____ | Name _____ | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Street _____ | ☐ Concluded |
| | _____ | | City       State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | _____ | | Name _____ | ☐ On appeal |
| | Case number | | Street _____ | ☐ Concluded |
| | _____ | | City       State    ZIP Code | |

---

Debtor    Grail Semiconductor
          Name

Case number (if known)    15-29890-D-11

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State          ZIP Code | | City          State          ZIP Code |
| | Date of order or assignment | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

---

| Debtor | Grail Semiconductor | Case number (if known) | 15-29890-D-11 |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attached | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                    State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                    State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor    Grail Semiconductor
          Name

Case number (if known)    15-29890-D-11

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | **Who received transfer?** | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See Attached | From _____ To _____ |
| | Street | |
| | City    State    ZIP Code | |
| 14.2. | Street | From _____ To _____ |
| | City    State    ZIP Code | |

---

## Part 8:    Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | Location where patient records are maintained (If different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:* |
| | _____<br>City    State    ZIP Code | _____<br>_____ | ☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | Location where patient records are maintained (If different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:* |
| | _____<br>City    State    ZIP Code | _____<br>_____ | ☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

| Debtor | Grail Semiconductor | | Case number (if known) | 15-29890-D-11 |
|---|---|---|---|---|
| | Name | | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>_____ City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

| Debtor | Grail Semiconductor | Case number *(if known)* | 15-29890-D-11 |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Grail Semiconductor
_____
Name

Case number (if known)    15-29890-D-11
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City   State   ZIP Code | _____ City   State   ZIP Code | _____ | |

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Grail Semiconductor Limited <br> Name <br> c/o Brad Woods <br> Street <br> P.O. Box 4487 <br> Frisco   CO   80443 <br> City   State   ZIP Code | Shell entity incorporated in Hong Kong | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From 03/15/2012 To Present |
| 25.2. | 1st Class Legal NA, LLC <br> Name <br> 7400 Tamiami Trail North <br> Street <br> Suite 101 <br> Naples   FL   34108 <br> City   State   ZIP Code | Holds funds of Grail Semiconductor | EIN: 4 6 – 5 3 3 8 8 3 2 4 <br> **Dates business existed** <br> From 04/08/2014 To Present |
| 25.3. | _____ Name <br> _____ Street <br> _____ City   State   ZIP Code | _____ <br> _____ <br> _____ | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____ To _____ |

---

Debtor    Grail Semiconductor _____    Case number (if known) __14-29890-D-11__
          Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|

26a.1.   See Attached _____    From _____  To _____
         Name

         _____
         Street

         _____
         City                    State          ZIP Code

| **Name and address** | **Dates of service** |
|---|---|

26a.2.   _____    From _____  To _____
         Name

         _____
         Street

         _____
         City                    State          ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|

26b.1.   Brad Woods _____    From  3/1/2012  To  Present
         Name
         9000 Divide, 1127 North Summit Blvd.
         Street
         Mountain Meadows #105
         Frisco               CO          80443
         City                 State       ZIP Code

| **Name and address** | **Dates of service** |
|---|---|

26b.2.   _____    From _____  To _____
         Name

         _____
         Street

         _____
         City                    State          ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1.   See Attached _____    _____
         Name                                      _____

         _____                 _____
         Street

         _____
         City                    State          ZIP Code

---

Debtor    Grail Semiconductor
      Name

Case number (if known)    15-29890-D-11

---

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

26c.2.

Name

Street

City               State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.

Name

Street

City               State    ZIP Code

**Name and address**

26d.2.

Name

Street

City               State    ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.

Name

Street

City               State    ZIP Code

---

Debtor   Grail Semiconductor
_____
Name

Case number (if known)   15-29890-D-11
_____

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2. _____
Name

_____
Street

_____
City                          State          ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Attached | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See Answer to Part 2, Question 4 | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City                    State       ZIP Code | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

| Debtor | Grail Semiconductor | | Case number *(if known)* | 15-29890-D-11 |
| | Name | | | |

**Name and address of recipient**

30.2

Name

Street

City                    State        ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the parent corporation**                    **Employer Identification number of the parent corporation**

    _____                      EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

    **Name of the pension fund**                          **Employer Identification number of the pension fund**

    _____                      EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **2/2/16**
              MM / DD / YYYY

✗ *Michael F. Burkart*                                    Printed name   Michael F. Burkart
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Resolution Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS**

**PART 1: INCOME**

**2. Non-business revenue**

| From/To | Description of Sources of Revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| 01/01/2015 to 12/30/2015 (filing date) | Settlement of lawsuit with Mitsubishi Electric US, Inc. | $55,000,000.00 |
| | Sales of Nemaska Lithium, Inc. stock | $ 183,518.45 |
| | Funds from Sedgwick Funding Co, LLC | $ 1,073,695.35* |
| 01/01/2014-12/31/2014 | Funds from Sedgwick Funding Co, LLC | $ 3,455,649.14* |

\* Sedgwick Funding Co. ("Sedgwick") is an affiliate of Gerchen Keller Capital, LLC ("GKC"). The Debtor has scheduled GKC as a disputed secured creditor. The Debtor is informed and believes it is GKCs position that GKC does not have a debtor/creditor relationship with the Debtor. Rather, GKC contends that it purchased an interest in the proceeds of litigation between Grail Semiconductor and Mitsubishi Electric US, Inc. The Debtor is still investigating the GKC transaction. If GKC is found to have lent funds to Grail, then the funds received from Sedgwick would not be non-business revenue. However, in the interest of full disclosure, the Debtor is including funds received by Sedgwick as non-business revenue in case it is later determined that GKC did not have a loan transaction with Grail.

**PART 2: LIST CERTAIN TRANSFERS MADE BEFORE FILING FOR BANKRUPTCY**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

**NOTE:** Please see response to Question 4 below for payments to insiders.

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.1 | Aronowitz Skidmore Lyon 200 Auburn Folsom Road, Suite 305 Auburn, CA 95603 | 10/7/15 11/11/15 12/02/15 12/02/15 12/29/15 12/29/15 | $4,212.00 $13,323.50 $12,403.70 $10,151.50 $13,021.30 $3,744.00 | Legal Fees Legal Fees Legal Fees Legal Fees Legal Fees Legal Fees |
| 3.2 | Niro, Haller & Niro, Ltd. Attn: Raymond P. Niro 181 W. Madison Street, Suite 4600 Chicago, IL 60602-4515 | 10/9/15 | $21,450,000.00 | Alleged secured debt |
| 3.3 | Gerchen Keller Capital, LLC Attn: Douglas G. Gruener 353 North Clark Street, Suite 2700 Chicago, IL 60654 | 10/12/15 | $12,269,881.61 | Alleged secured debt |

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.4 | 1st Class Legal (IS) Limited<br>Bob Gordon, Managing Director<br>Oak House, Sitka Drive<br>Shrewsbury Business Park<br>Shrewsbury, Shropshire<br>SY2 6LG<br>UNITED KINGDOM | 10/16/15 | $14,600,000.00 | Alleged secured debt |
| 3.5 | Law Office of Timothy A. Charshaf<br>Attn: Timothy A. Charshaf<br>5176 Hillsdale Circle, Suite 100<br>El Dorado Hills, California 95762 | 10/23/15<br>10/29/15<br>11/11/15<br>11/24/15<br>12/09/15<br>12/16/15<br>12/23/15<br>12/23/15<br>12/29/15 | $20,390.95<br>$4,702.50<br>$3,448.50<br>$6,654.75<br>$5,040.25<br>$5,860.00<br>$50,000.00<br>$5,498.25<br>$1,767.00 | Legal Fees<br>Legal Fees<br>Legal Fees<br>Legal Fees<br>Legal Fees<br>Legal Fees<br>Retainer for Legal Services<br>Legal Fees<br>Legal Fees |
| 3.6 | Colderbank Law<br>112 J Street, Suite 301<br>Sacramento, CA 95814 | 11/10/15<br>12/17/15 | $3,086.77<br>$3,356.94 | Legal Fees<br>Legal Fees |
| 3.7 | Liner LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3518 | 11/11/15<br>11/18/15<br>12/02/15<br>12/14/15<br>12/29/15 | $39,927.01<br>$7,492.50<br>$6,952.50<br>$10,732.50<br>$ 8,722.50 | Legal Fees<br>Legal Fees<br>Legal Fees<br>Legal Fees<br>Legal Fees |
| 3.8 | Felderstein Fitzgerald Willoughby &<br>Pascuzzi LLP<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95184 | 11/12/15<br>12/16/15<br>12/23/15 | $10,000.00<br>$30,000.00<br>$150,000.00 | Retainer for Legal Services<br>Retainer for Legal Services<br>Retainer for Legal Services |
| 3.9 | Boutin Jones, Inc.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814 | 12/07/15<br>12/21/15 | $10,000.00<br>$20,000.00 | Legal Fees<br>Legal Fees |
| 3.10 | Diepenbrock Elkin Gleason LLP<br>500 Capitol Mall, Suite 2200<br>Sacramento, CA 95814 | 12/14/15<br>12/28/15<br>12/29/15 | $15,787.50<br>$6,562.50<br>$1,050.00 | Legal Fees<br>Legal Fees<br>Legal Fees |

**4. Payments or other transfers of property made within 1 year before filing this case that benefitted any insider**

| | Insider's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 4.1 | Donald Stern<br>c/o John C. Oehmke, Esq.<br>Diepenbrock Elkin LLP<br>500 Capitol Mall, Suite 2200<br>Sacramento, CA 95814<br><br>Relationship to Debtor:<br>Director | 1/2/15 | $7,500.00 | Consultant Fee (Jan 2015) |
| | | 1/2/15 | $136.81 | Expense Reimbursement |
| | | 1/29/15 | $7,500.00 | Consultant Fee (Feb 2015) |
| | | 2/23/15 | $5,567.30 | Expense Reimbursement |
| | | 2/27/15 | $7,500.00 | Consultant Fee (Mar 2015) |
| | | 4/1/15 | $7,500.00 | Consultant Fee (Apr 2015) |
| | | 5/1/15 | $7,500.00 | Consultant Fee (May 2015) |
| | | 5/5/15 | $25,000.00 | Board Approved for Past Expenses |
| | | 5/12/15 | $25,000.00 | Board Approved for Past Expenses |
| | | 6/1/15 | $7,500.00 | Consultant Fee (Jun 2015) |
| | | 7/1/15 | $7,500.00 | Consultant Fee (Jul 2015) |
| | | 7/17/15 | $2,250.00 | Payments made to IRS on behalf of Don Stern |
| | | 8/3/15 | $7,500.00 | Consultant Fee (Aug 2015) |
| | | 8/14/15 | $2,250.00 | Payments made to IRS on behalf of Don Stern |
| | | 9/1/15 | $7,500.00 | Consultant Fee (Sept 2015) |
| | | 10/1/15 | $7,500.00 | Consultant Fee (Oct 2015) |
| | | 10/2/15 | $2,250.00 | Payments made to IRS on behalf of Don Stern |
| | | 10/13/15 | $2,750,000.00 | Per Board Authorization |
| | | 11/16/15 | $4,000.00 | BOD Honorarium |
| | | 11/30/15 | $2,000.00 | BOD Honorarium |
| | | 12/14/15 | $2,000.00 | BOD Honorarium |
| | | 12/29/15 | $2,000.00 | BOD Honorarium |
| 4.2 | Robert Stern<br>c/o Edward A. Klein, Esq.<br>Liner LLP<br>1100 Glendon Avenue, Floor 14<br>Los Angeles, CA 90024<br><br>Relationship to Debtor:<br>Director | 11/16/15 | $4,000.00 | BOD Honorarium |
| | | 11/30/15 | $2,000.00 | BOD Honorarium |
| | | 12/14/15 | $2,000.00 | BOD Honorarium |
| | | 12/29/15 | $2,000.00 | BOD Honorarium |
| 4.3 | Judge Richard L. Gilbert (Ret.)<br>2630 "J" Street<br>Sacramento, California 95816<br><br>Relationship to Debtor:<br>Director | 9/29/15 | $8,500.00 | Director fees* |
| | | 10/30/15 | $17,031.25 | Director fees* |
| | | 10/31/15 | $12,562.50 | Director fees* |
| | | 12/02/15 | $6,937.50 | Director fees* |
| | | 12/22/15 | $9,312.50 | Director fees* |
| | | 12/29/15 | $3,000.00 | Director fees* |
| | | 12/29/15 | $1,485.09 | Expense Reimbursement*<br>*All payments made through Aronowitz firm |

| | Insider's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 4.4 | Ronald W. Hofer<br>c/o Jamie P. Dreher, Esq.<br>Downey Brand LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br><br>Relationship to Debtor:<br>CEO with authority revoked | 12/31/14 | $15,000.00 | Net Salary (Jan 2015) |
| | | 1/2/15 | $5,000.00 | Net Salary (Jan 2015) |
| | | 1/12/15 | $14,000.00 | Draw on Bonus |
| | | 1/15/15 | $6,000.00 | Draw on Bonus |
| | | 1/26/15 | $150.00 | Advance |
| | | 1/26/15 | $150.00 | Advance |
| | | 1/27/15 | $20,000.00 | Net Salary (Feb 2015) |
| | | 2/9/15 | $39.25 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 2/11/15 | $185.49 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 2/25/15 | $150.00 | Advance |
| | | 2/25/15 | $150.00 | Advance |
| | | 2/19/15 | $50,000.00 | Advance on Bonus |
| | | 3/2/15 | $20,000.00 | Net Salary (Mar 2015) |
| | | 3/16/15 | $16,219.32 | Expense Reimbursement |
| | | 4/2/15 | $20,000.00 | Net Salary (Apr 2015) |
| | | 4/2/15 | $1,790.00 | Advance |
| | | 4/17/15 | $7,500.00 | Payment to Hofer Advisory Group LLC to correct Deposit Error on 4/8/15 |
| | | 5/1/15 | $20,000.00 | Net Salary (May 2015) |
| | | 5/2/15 | $49.76 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 6/1/15 | $14,649.00 | Net Salary (Jun 2015) |
| | | 7/1/15 | $20,000.00 | Net Salary (Jul 2015) |
| | | 8/3/15 | $20,000.00 | Net Salary (Aug 2015) |
| | | 9/1/15 | $20,000.00 | Net Salary (Sept 2015) |
| | | 10/2/15 | $500.00 | Advance |
| | | 10/22/15 | $50.00 | Advance |
| | | 11/4/15 | $9,347.89 | Expense Reimbursement |
| | | 11/3/15 | $19,500.00 | Salary Advance (Oct 2015) |
| | | 11/5/15 | $19,500.00 | Salary Advance (Nov 2015) |
| | | 11/27/15 | $19,500.00 | Salary Advance (Dec 2015) |
| | | 12/29/15 | $19,750.00 | Salary Advance (Jan 2016) |

| | Insider's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 4.5 | Brad Woods<br>9000 Divide-1127 North Summit Blvd<br>Mountain Meadows #105<br>Frisco, CO 80443<br><br>Relationship to Debtor:<br>CFO and Secretary with authority revoked | 1/2/15 | $5,000.00 | Net Salary (Jan 2015) |
| | | 1/15/15 | $758.00 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 1/21/15 | $35.51 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 2/23/15 | $5,000.00 | Net Salary (Feb 2015) |
| | | 3/5/15 | $356.69 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 3/6/15 | $5,000.00 | Net Salary (Mar 2015) |
| | | 3/16/15 | $62.35 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 3/20/15 | $2,244.33 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 3/28/15 | $1,525.15 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 4/1/15 | $5,000.00 | Net Salary (Apr 2015) |
| | | 4/7/15 | $478.32 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 4/10/15 | $1,719.24 | Expense Reimbursement |
| | | 4/23/15 | $2.34 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 5/1/15 | $5,000.00 | Net Salary (May 2015) |
| | | 6/1/15 | $5,000.00 | Net Salary (Jun 2015) |
| | | 6/2/15 | $6.65 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 7/1/15 | $5,000.00 | Net Salary (Jul 2015) |
| | | 7/29/15 | $1.20 | Paid Grail Expenses in Lieu of Repaying Advances |
| | | 8/1/15 | $5,000.00 | Net Salary (Aug 2015) |
| | | 9/1/15 | $5,000.00 | Net Salary (Sept 2015) |
| | | 11/3/15 | $4,500.00 | Salary Advance (Oct 2015) |
| | | 11/12/15 | $4,500.00 | Salary Advance (Nov 2015) |
| | | 11/23/15 | $4,303.65 | Expense Reimbursement |
| 4.6 | Michael F. Burkart<br>5150 Fair Oaks Blvd. #101-185<br>Carmichael, CA 95608<br><br>Relationship to Debtor:<br>Chief Resolution Officer | 12/16/15 | $20,000.00 | Retainer for Services |
| | | 12/23/15 | $150,000.00 | Retainer for Services |
| | | 12/29/15 | $6,810.00 | Fees for 12/15-29/15**<br>**paid from retainer |

## PART 3: LEGAL ACTIONS OR ASSIGNMENTS

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| | Case Title | Nature of Case | Court or Agency's name and address | Status of Case |
|---|---|---|---|---|
| 7.1 | Grail Semiconductor, Inc. v. Mitsubishi Electric & Electronics USA, Inc.<br><br>Case No. 1-07-CV-098590 | Breach of Non-Disclosure Agreement | Santa Clara County Superior Court Attn: Civil Division 191 North First Street San Jose, CA 95113 | Closed |
| 7.2 | Grail Semiconductor, Inc. v. Schwarcz, Rimberg, Boyd & Rader, LLP<br><br>Case No. BC562267 | Legal Malpractice | Los Angeles County Superior Court | Dismissed 8/19/15 |
| 7.3 | Robert B. Stern, et al. v. Grail Semiconductor, et al.<br><br>Case No. 34-2012-00126036 | Corporations Code Section 709 | Sacramento County Superior Court 720 9th Street Sacramento, CA 95814 | Pending |
| 7.4 | Ronald W. Hofer v. Grail Semiconductor, Inc., et al.<br><br>Case No. 2:15-cv-02207-MCE-EFB | Employment/Breach of Contract | United States District Court Eastern District of CA 501 I Street, Room 4-200 Sacramento, CA 95814 | Pending |
| 7.5 | Grail Semiconductor, Inc. v. Robert B. Stern<br><br>Case No. 12-CA-4452 | Breach of Fiduciary Duty | Circuit Court of the Twentieth Judicial Circuit in and for Collier County Florida | Dismissed 12/4/15 |

## PART 6: CERTAIN PAYMENTS OR TRANSFERS

### 11. Payments related to Bankruptcy

| Name and address of party receiving transfer | If not money, describe any property transferred | Dates | Total Amount or Value |
|---|---|---|---|
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP 400 Capitol Mall, Suite 1750 Sacramento, CA 95184<br><br>Website address: ffwplaw.com | | 11/12/15<br>12/16/15<br>12/23/15 | $10,000.00<br>$30,000.00<br>$150,000.00 |

**Question 13. Transfers not already listed on this statement**

| Line | Name and Address of Party Receiving Transfer | Description of Property Transferred or Payments Received or Debts Paid in Exchange | Date Transfer Made | Total amount or Value |
|------|-----------------------------------------------|-----------------------------------------------------------------------------------|--------------------|-----------------------|
| 13.1 | Sedgwick FundingCo, LLC c/o Gerchen Keller Capital, LLC 353 North Clark Street, Suite 2700 Chicago, IL 60654 | UCC-1 financing statement filed in Florida for all assets | Nov. 4, 2014 | Unknown |
| 13.2 | Jay David Roth 26 Jerome Pk Dr. Dundas Ontario, Canada L9H 6H2 | 200,000 Shares of Common Stock Transferred from Robert Stern (recovered Shares); Stock Certificate No. 50 issued in the name of Jay David Roth | March 30, 2015 | Unknown |
| 13.3 | Levi and Rochel Orbach 58/11 Katznelbogen Har Nof Jeruselum, Israel 95400 | 2,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 51 issued in the name of Levi and Rochel Orbach. | March 30, 2015 | Unknown |
| 13.4 | Akiva Yaakov Fuld Karmei Tzur 74/2 D. N. Tzafon, Israel 90400 | 2,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 52 issued in the name of Akiva Yaakov Fuld | March 30,2015 | Unknown |
| 13.5 | Michael Chaim Fein c/o Leonard Fein 911 E.18th St. Brooklyn, NY 11230-3104 | 9,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 53 issued in the name of Michael Chaim Fein | March 30, 2015 | Unknown |
| 13.6 | Barya Schachter & Bonnie Buller c/o Rabbi Zalman Schachter 1720 Lehigh Street Boulder, CO 80305 | 9,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 54 issued in the name of Barya Schachter & Bonnie Buller | March 30, 2015 | Unknown |
| 13.7 | Charles Neiss 1860 Flatbush Ave. Brooklyn, NY 11210 | 60,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 55 issued in the name of Charles Neiss | March 30, 2015 | Unknown |
| 13.8 | Howard Muehlgay 1860 Flatbush Ave. Brooklyn, NY 11210 | 80,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 56 issued in the name of Howard Muehlgay | March 30, 2015 | Unknown |

| Line | Name and Address of Party Receiving Transfer | Description of Property Transferred or Payments Received or Debts Paid in Exchange | Date Transfer Made | Total amount or Value |
|------|-----|-----|-----|-----|
| 13.9 | Joseph Kohler 1860 Flatbush Ave. Brooklyn NY, 11210 | 24,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 57 issued in the name of Joseph Kohler | March 30, 2015 | Unknown |
| 13.10 | Aaron Wegner 333 W 86th St. #1003 New York, NY 10024 | 415,326 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 58 issued in the name of Aaron Wegner | March 30, 2015 | Unknown |
| 13.11 | Jay Frechter 3210 Avenue L Brooklyn, NY 11210 | 415,326 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 59 issued in the name of Jay Frechter | March 30, 2015 | Unknown |
| 13.12 | Harold Frechter 567 Cedarwood Drive Bedarhurst, NY 11516 | 28,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 60 issued in the name of Harold Frechter | March 30, 2015 | Unknown |
| 13.13 | Daniel Ruben 1860 Flatbush Ave. Brooklyn, NY 11210 | 10,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 61 issued in the name of Daniel Ruben | March 30, 2015 | Unknown |
| 13.14 | Brett Aaron McFarland 290 James Rd. Arcata, CA 95521 | 48,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 62 issued in the name of Brett Aaron McFarland | March 30, 2015 | Unknown |
| 13.15 | Ryan Adam King 703 Verdemont Cir. Simi Valley CA, 93065 | 41,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 63 issued in the name of Ryan Adam King | March 30, 2015 | Unknown |
| 13.16 | Henry S. J. Adams 1314 Marin Ave. Albany, CA 94706 | 3,500,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 64 issued in the name of Henry S. J. Adams | March 30, 2015 | Unknown |
| 13.17 | Melvin B Katz Kiryat Chabad 220/50 P.O. Box 6113 Safed Israel 13410 | 50,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 65 issued in the name of Melvin B Katz | March 30, 2015 | Unknown |

| Line | Name and Address of Party Receiving Transfer | Description of Property Transferred or Payments Received or Debts Paid in Exchange | Date Transfer Made | Total amount or Value |
|------|----------------------------------------------|----------------------------------------------------------------------------------|--------------------|-----------------------|
| 13.18 | Aaron Goldsmith<br>P.O. Box 917<br>Postville, IA 52165 | 50,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 66 issued in the name of Aaron Goldsmith | March 30, 2015 | Unknown |
| 13.19 | Jonathan Leibowitz<br>949 Willowbrook Road<br>Staten Island, NY 10314 | 11,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 67 issued in the name of Jonathan Leibowitz | March 30, 2015 | Unknown |
| 13.20 | David Rothschild<br>Kiriyat Chabad 220/84<br>Safet Israel 13410 | 20,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 68 issued in the name of David Rothschild | March 30, 2015 | Unknown |
| 13.21 | Gershom Gale<br>24/12 Eli Tavine Pisgat Ze'ev<br>Jeruselum Israel 97781 | 10,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 68 issued in the name of Gershom Gale | March 30, 2015 | Unknown |
| 13.22 | Martin Douglas Fairbairn<br>2/F Block 4, Rosary Villas<br>1-19 Lok Lam Road Shantin, N. T. Hong Kong | 50,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 70 issued in the name of Martin Douglas Fairbairn | March 30, 2015 | Unknown |
| 13.23 | Robert Apatow<br>c/o Moshe Mauda<br>44 Chofetz Chaim<br>Raanana Israel | 90,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 71 issued in the name of Robert Apatow | March 30, 2015 | Unknown |
| 13.24 | The Living Culture Foundation<br>1314 Marin Ave.<br>Albany, CA 94706 | 4,000,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 72 issued in the name of The Living Culture Foundation | March 30, 2015 | Unknown |
| 13.25 | Rikah Weil-Siegel<br>888 Montgomery St. E9<br>Brooklyn, NY 11213 | 35,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 73 issued in the name of Rikah Weil-Siegel | March 30, 2015 | Unknown |
| 13.26 | Howard Moskow<br>3315 NE 16th Street<br>Fort Lauderdale, FL 33304 | 4,500 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 74 issued in the name of Howard Moskow | March 30, 2015 | Unknown |

| Line | Name and Address of Party Receiving Transfer | Description of Property Transferred or Payments Received or Debts Paid in Exchange | Date Transfer Made | Total amount or Value |
|------|------|------|------|------|
| 13.27 | Eli Goldin<br>760 Montgomery St. Apt 2A<br>Brooklyn, NY 11213 | 2,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 75 issued in the name of Eli Goldin | March 30, 2015 | Unknown |
| 13.28 | Howard Tzvi Thaler<br>1398 Union Street<br>Brooklyn NY, 11213 | 2,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 76 issued in the name of Howard Tzvi Thaler | March 30, 2015 | Unknown |
| 13.29 | Moshe & Sarah Morgenstern<br>122 Lake Valley Road<br>Morristown, NJ 07960-2814 | 10,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 77 issued in the name of Moshe & Sarah Morgenstern | March 30, 2015 | Unknown |
| 13.30 | Daphna Slonim<br>822 S. Holt Ave.<br>Los Angeles, CA 90035 | 12,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 78 issued in the name of Daphna Slonim | March 30, 2015 | Unknown |
| 13.31 | Shlomit Lahad<br>822 S. Holt Ave.<br>Los Angeles, CA 90035 | 12,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 79 issued in the name of Shlomit Lahad | March 30, 2015 | Unknown |
| 13.32 | Avital Cohen<br>820 S. Holt Ave.<br>Los Angeles, CA 90035 | 12,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 80 issued in the name of Avital Cohen | March 30, 2015 | Unknown |
| 13.33 | Irmengard Meindl<br>1323 Hopkins St.<br>Berkley, CA 94702 | 15,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 81 issued in the name of Irmengard Meindl | March 30, 2015 | Unknown |
| 13.34 | Karin Edwards<br>6401 Fairmont Ave. #9<br>El Cerrito, CA 94530 | 10,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 82 issued in the name of Karin Edwards | March 30, 2015 | Unknown |
| 13.35 | Laura V. Salazar<br>1414 34th Avenue<br>Oakland, CA 94601 | 5,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 83 issued in the name of Laura V. Salazar | March 30, 2015 | Unknown |

| Line | Name and Address of Party Receiving Transfer | Description of Property Transferred or Payments Received or Debts Paid in Exchange | Date Transfer Made | Total amount or Value |
|---|---|---|---|---|
| 13.36 | Dylan Gowen c/o Sarafina Rom 1725 Ward Street #4 Berkeley CA 94703 | 5,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 84 issued in the name of Dylan Gowen | March 30, 2015 | Unknown |
| 13.37 | Bradley L. Haupt 7300 Johnston Road Pleasanton, CA 94588 | 15,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 85 issued in the name of Bradley L. Haupt | March 30, 2015 | Unknown |
| 13.38 | Joyce Bleiman 4025 State Street #28 Santa Barbara, CA 93110 | 16,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 86 issued in the name of Joyce Bleiman | March 30, 2015 | Unknown |
| 13.39 | Peretz Katz P.O. Box 210 Kafar Chabad, Israel 60840 | 26,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 87 issued in the name of Peretz Katz | March 30, 2015 | Unknown |
| 13.40 | Abba Brenenson P.O. Box 564 Kafar Chabad , Israel 60840 | 26,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 88 issued in the name of Abba Brenenson | March 30,2015 | Unknown |
| 13.41 | BJ Adrezin MD 1908 S. Navajo Palm Springs, CA 92264 | 2,500 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 89 issued in the name of BJ Adrezin MD | March 30, 2015 | Unknown |
| 13.42 | Albert Malachi Rosenhaus 33 Picatinny Road Morristown, NJ 07960 | 10,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 91 issued in the name of Albert Malachi Rosenhaus | March 30, 2015 | Unknown |
| 13.43 | Betty J.E. Wells P.O. Box 6075 Santa Barbara CA, 93160-6075 | 50,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 91 issued in the name of Betty J.E. Wells | March 30, 2015 | Unknown |
| 13.44 | Krintzman Family Trust 9595 Wilshire Blvd. Suite 900 Beverly Hills CA, 90212 | 500,000 Shares of Common Stock Transferred from Robert Stern; Stock Certificate No. 92 issued in the name of Krintzman Family Trust | March 30, 2015 | Unknown |

| Line | Name and Address of Party Receiving Transfer | Description of Property Transferred or Payments Received or Debts Paid in Exchange | Date Transfer Made | Total amount or Value |
|------|-----------------------------------------------|------------------------------------------------------------------------------------|--------------------|------------------------|
| 13.45 | Karin Wieland<br>6401 Fairmont Ave. #9<br>El Cerrito, CA 94530 | Issuance of Stock Certificate #82-2 in the amount of 10,000 shares to Karin Wieland to replace Stock Certificate #82 to reflect name change from Karin Edwards to Karen Wieland | Sept. 17, 2015 | Unknown |

## PART 7:  PREVIOUS LOCATIONS

### 14. Previous addresses

**List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.**

Between December 31, 2012 and December 30, 2015, the Debtor used certain addresses for mail purposes.

|  | Address | Dates of occupancy |
|--|---------|--------------------|
| 14.1 | 9000 Divide-1127 North Summit Blvd Mountain Meadows #105 Frisco, CO 80443 | December 31, 2012-present This address was used for some bank statements and correspondence |
| 14.2 | 1428 Harvest Crossing Drive McLean, VA 22101 | December 31, 2012-present This address was used for some invoice copies and bank statements |
| 14.3 | 5150 Fair Oaks Blvd., #101-185 Carmichael, CA 95608 | This address was used for most mail starting in December 2015 |

## PART 13: DETAILS ABOUT THE DEBTOR'S BUSINESS OR CONNECTIONS TO ANY BUSINESS

### 26. Books, records, and financial statements

**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.**

|  | Name and Address | Dates of Service |
|--|------------------|------------------|
| 26a.1 | Brad A. Woods P.O. Box 4487 Frisco, CO 80443 | 2012 to date |
| 26a.2 | Elizabeth Mize P.O. Box 2009 Silverthorne, CO 80498 | 2012 to Spring/Summer 2015 |
| 26a.3 | Kane Mongiello P.O. Box 4487 Frisco, CA 80443 | Late Summer 2015 to date |

**26b. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.**

|  | Name and Address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1 | Brad A. Woods<br>9000 Divide, 1127 North Summit Blvd.<br>Mountain Meadows #105<br>Frisco, CO 80443 |  |
| 26c.2 | Ron Hofer<br>1428 Harvest Crossing Drive<br>McLean, VA 22101 |  |
| 26c.3 | Judge Richard L. Gilbert (Ret.)<br>2630 "J" Street<br>Sacramento, CA 95816 |  |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case:**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| Donald Stern<br>c/o John C. Oehmke, Esq.<br>Diepenbrock Elkin LLP<br>500 Capitol Mall, Suite 2200<br>Sacramento, CA 95814 | Director and Controlling Shareholder | 49.63% |
| Robert Stern<br>c/o Edward A. Klein, Esq.<br>Liner LLP<br>1100 Glendon Avenue, Floor 14<br>Los Angeles, CA 90024 | Director and Shareholder | 14.94% |
| Judge Richard L. Gilbert (Ret.)<br>2630 "J" Street<br>Sacramento, California 95816 | Director |  |
| Ronald W. Hofer<br>c/o Jamie P. Dreher, Esq.<br>Downey Brand LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | CEO with authority revoked |  |
| Brad Woods<br>9000 Divide-1127 North Summit Blvd<br>Mountain Meadows #105<br>Frisco, CO 80443 | CFO and Secretary with revoked authority |  |
| Michael F. Burkart<br>5150 Fair Oaks Blvd. #101-185<br>Carmichael, CA 95608 | Chief Resolution Officer |  |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| Frank P. Bauder<br>8320 Summerset Drive<br>Anchorage, AK 99518 | Director | From 3/9/12 to 5/1/15 |
| Edward J. Nixon<br>615 Denmark Drive, Apt. 204<br>Memphis, TN 38103 | Director | From 8/5/11 to 5/1/15 |
| Alain Champagne<br>1305-4950 Boulevard de l'Assomption<br>Montreal, QC, H1T 0A3<br>CANADA | Director | From 12/23/09 to 5/1/15 |